# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158150-1 & (63)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PROGRESS MICHIGAN,
                Plaintiff-Appellant,

v                                                                         SC:  158150-1
                                                                          COA:  340921; 340956
                                                                          Court of Claims:  17-000093-MZ

ATTORNEY GENERAL,
                Defendant-Appellee.

_____/

        By order of September 25, 2019, the parties were directed to file supplemental briefs addressing their Joint Motion to Vacate the Court of Appeals Opinion and Remand to the Court of Claims for Entry of a Stipulated Order of Dismissal with Prejudice.  On order of the Court, the briefs having been received, the joint motion is again considered, and it is DENIED.  We direct the Clerk to schedule this case for oral argument.  At oral argument, the parties shall address the issues set forth in this Court's March 20, 2019 order granting leave to appeal.



t1203

        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2019



Clerk